UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY as subrogee of 5515 D STREET 339 BOSTON, LLC,<br>    Plaintiff,<br><br>v.<br><br>COVENANT FIRE PROTECTION, INC., CITY POINT CAPITAL 339 D ST LLC, CITY POINT CAPITAL III GP LLC, CITY POINT CAPITAL III LIMITED PARTNERSHIP, CITY POINT CAPITAL INVESTMENTS LLC, CITY POINT CAPITAL V GP LLC, CITY POINT CAPITAL V LIMITED PARTNERSHIP, CITY POINT CAPITAL V LP, CITY POINT CAPITAL WEST BROADWAY, LLC, MUZAFFER MUCTEHIZADE, P.E., ZADE ASSOCIATES, LLC, and ZADE COMPANY, INC.,<br>    Defendants. | Civil Action No.: 1:17-CV-10221-ADB |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, CITY POINT CAPITAL 339 D ST LLC, CITY POINT CAPITAL III GP LLC, CITY POINT CAPITAL III LIMITED PARTNERSHIP, CITY POINT CAPITAL INVESTMENTS LLC, CITY POINT CAPITAL V GP LLC, CITY POINT CAPITAL V LIMITED PARTNERSHIP, CITYPOINT CAPITAL V LP, AND CITY POINT CAPITAL WEST BROADWAY, LLC**

Pursuant to Local Rule 7.3(A), Defendants, City Point Capital 339 D St. LLC, City Point Capital III GP LLC, City Point Capital III Limited Partnership, City Point Capital Investments LLC, City Point Capital V GP LLC, City Point Capital V Limited Partnership, City Point Capital V LP, and City Point Capital West Broadway, LLC (collectively the "CPC entities"), submit the following corporate disclosure statement:

1.    The CPC entities are non-governmental corporate parties.

2.    None of the CPC entities have a parent corporation and no publicly held company owns 10% or more of their stock.

Respectfully submitted,

The Defendants,
City Point Capital 339 D St. LLC,
City Point Capital III GP LLC,
City Point Capital III Limited Partnership,
City Point Capital Investments LLC,
City Point Capital V GP LLC,
City Point Capital V Limited Partnership,
City Point Capital V LP, and
City Point Capital West Broadway, LLC,
By their attorneys,

O'ROURKE & HAWK, LLC


/s/ Shawn P. O'Rourke_____
Shawn P. O'Rourke, BBO No. 561882
529 Main Street, Suite 214
Charlestown, MA 02129
617-337-3191 (Telephone)
617-337-3194 (Facsimile)
so@orourkehawk.com

Dated:  July 17, 2017


## CERTIFICATE OF SERVICE

I, Shawn P. O'Rourke, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Shawn P. O'Rourke
Shawn P. O'Rourke

Dated:  July 17, 2017